UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MITCHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>TALIS BIOMEDICAL CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 22-cv-01039-SI<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

In an order filed June 3, 2022, the Court consolidated this case with an earlier-filed action (22-cv-105 SI) and ordered the filing of a consolidated complaint in the earlier case. Pursuant to the June 3, 2022 order, all further filings have been in 22-cv-105 SI, and thus the Court determines that it is appropriate to administratively close this case.

**IT IS SO ORDERED**.

Dated: December 6, 2022

SUSAN ILLSTON
United States District Judge